UNITED STATES DISTRICT COURT     <u>JS-6</u>
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **EDCV-17-967-R**                                    Date: JUNE 8, 2017

Title:      KRIS KENNY -V.- WAL-MART STORES, INC. et al.
=========================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

            <u>Christine Chung</u>                          <u>None Present</u>
            Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

            None                                    None

PROCEEDINGS:      MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO
                  STATE COURT


        "Federal jurisdiction must be rejected if there is any doubt as to the right of removal in the
first instance."  Gaus v. Miles, Inc., 980 F.2d 564, 566-67 (9th Cir. 1992).  A defendant may waive
his right to remove "'by taking some substantial offensive or defensive action in the state court
action indicating a willingness to litigate in the tribunal before filing a notice of removal with the
federal court.'"  Yusefzadeh v. Nelson, Mullins, Riley & Scarborough, LLP, 365 F.3d 1244, 1246
(11th Cir.2004) (quoting Charles A. Wright, et al., 14B Federal Practice & Procedure § 3721
(2003)).  Defendant filed a demurrer to Plaintiff's First Amended Complaint in state court thereby
waiving its right to remove.  Accordingly, the matter is hereby REMANDED TO STATE COURT.


IT IS SO ORDERED.






                                                                       <u>0:00</u> min